Mahna Pourshaban
Nevada State Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: mahna.pourshaban@jacksonlewis.com

René E. Thorne
Louisiana Bar No.22875
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Email: thorner@jacksonlewis.com

*Attorneys for Plaintiff*
*JT3, L.L.C.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JT3, L.L.C., as Plan Administrator and on Behalf of the JT3 LLC SAVINGS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>ANNETTE AGUIRRE, PATRICIA J. AGUIRRE, ALEXANDER JAMES AGUIRRE, MARY K. VOLIO, ELIZABETH BROSKOFF, CHRISTINA GARCIA, RACHEL AGUIRRE, MATTHEW AGUIRRE, JESSICA AGUIRRE, GEMMA AGUIRRE, MICHAEL FLEMING, JASON FLEMING and ANNETTE MORRISON,<br><br>Defendants. | Case No. 2:17-CV-01471<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY WILLIAM H. PAYNE, IV** |

Plaintiff JT3, LLC hereby requests leave of Court to remove attorney William H. Payne, IV as counsel of record from the above captioned case and the Court's docket. Mr. Payne is no longer an employee of Jackson Lewis P.C. His withdrawal will not cause any delay in the action. Mahna Pourshaban and René E. Thorne will remain counsel of record for Plaintiff.

Dated: September 28, 2017.

IT IS SO ORDERED.

DATED: September 29, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

JACKSON LEWIS P.C.

　/s/ *René E. Thorne*
Mahna Pourshaban, Bar #13743
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

René E. Thorne, LA Bar No. 22875
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130

*Attorneys for Plaintiff*
*JT3, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on September 28, 2017, I caused to be served a true and correct copy of the above and foregoing **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY WILLIAM H. PAYNE, IV** via the United States Mail, postage prepaid, properly addressed to the following:

Annette Morrison
25634 Bellerive Drive
Valencia, CA 91355

Annette Aguirre
5 Chadborne Drive
Danville, CA 94506

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rhonda James
　　　　　　　　　　　　　　　　　　　　　　　Employee of Jackson Lewis, P.C.
4822-2237-4987, v. 2