# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JT3, LLC,

    Plaintiff,

vs.

ANNETTE AGUIRRE, et al.,

    Defendants.

Case No. 2:17-cv-01471-APG-CWH

**ORDER**

Presently before the court is Plaintiff JT3, LLC's Motion to Set Scheduling Conference (ECF No. 42), filed on September 28, 2017. This is an interpleader case in which Plaintiff is requesting a scheduling conference under Local Rule 22-1. To avoid the time and expense of requiring the parties to appear for a hearing, the court will order the parties to meet and confer and to file a proposed discovery plan and scheduling order within 21 days from the date of this order. If the court's assistance in setting a discovery plan is required, the parties should indicate that in the proposed discovery plan and scheduling order.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiff JT3, LLC's Motion to Set Scheduling Conference (ECF No. 42) is DENIED without prejudice.

DATED: October 3, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**