# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JT3, LLC, | ) | |
| Plaintiff, | ) ) | Case No. 2:17-cv-01471-APG-CWH |
| vs. | ) ) | **ORDER** |
| ANNETTE AGUIRRE, et al., | ) ) | |
| Defendants. | ) ) | |

Presently before the court is the parties' proposed discovery plan and scheduling order (ECF No. 45), filed on October 24, 2017. A telephonic hearing on this matter is set for Tuesday, November 7, 2017, at 9:30 a.m. Counsel for the parties and Defendant Annette Morrison, who is not represented by an attorney, must participate in the hearing.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that counsel for the parties and Defendant Annette Morrison must call telephone number: (888) 808-6929, access code: 8129639#, five minutes before the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS FURTHER ORDERED that the Clerk of Court must serve a copy of this order on Defendant Annette Morrison at the following address:

25634 Bellerive Drive
Valencia, CA 91355

DATED: October 25, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**