# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JT3, LLC, | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-01471-APG-CWH |
| vs. | ) | **ORDER** |
| ANNETTE AGUIRRE, et al., | ) | |
| Defendants. | ) | |

Presently before the court is plaintiff JT3, LLC's Motion for (1) Permission to Deposit Funds; (2) Discharge from Liability; (3) Permanent Injunction; and (4) Costs and Attorney's Fees (ECF No. 54), filed on November 30, 2017. The defendants did not oppose the motion. The undersigned will enter a report of findings and recommendations regarding the motion under Local Rule IB 1-4 for disposition by the United States district judge assigned to this case. Plaintiff must file proposed findings and recommendations for the undersigned's consideration by January 22, 2018.

DATED: December 21, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**