# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JT3, LLC,

    Plaintiff,

vs.

ANNETTE AGUIRRE, et al.,

    Defendants.

Case No. 2:17-cv-01471-APG-CWH

**ORDER**

This matter is before the court on plaintiff JT3, LLC's proposed report of findings and recommendations (ECF No. 60) regarding JT3's interpleader motion, filed on January 22, 2018. To evaluate the reasonableness of JT3's requested attorney's fees, the court must review JT3's billing statements. JT3 must file a supplement including its billing statements by February 9, 2018. The other parties to this case may file responses addressing the reasonableness of the fees by February 23, 2018. If the billing statements contain privileged information, JT3 may file the billing statements under seal, along with a redacted version of the billing statement for the public record. The court will not require a separate motion to seal.

  IT IS SO ORDERED.

  DATED: January 26, 2018

                     _____
                     **C.W. Hoffman, Jr.**
                     **United States Magistrate Judge**