Todd L. Moody (5430)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV  89145
(702) 385-2500
tmoody@hutchlegal.com

Attorneys for Defendant Annette Morrison

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JT3, LLC, as Plan Administrator and on behalf of the JT3 LLC Savings Plan,<br><br>        Plaintiffs,<br><br>Vs.<br><br>Annette Aguirre, et al.,<br><br>        Defendants | Case No.: 2:17-CV-01471-APG-CWH<br><br>**STIPULATION AND ORDER TO DEPOSIT AND DISBURSE FUNDS** |

     Plaintiffs JT3, LLC, as Plan Administrator and on behalf of the JT3 LLC Savings Plan (hereinafter "JT3"); Defendants Annette Aguirre, Patricia J. Aguirre, Alexander James Aguirre, Mary K. Volio, Elizabeth Broskoff, Christina Garcia, Rachel Aguirre, Matthew Aguirre, Jessica Aguirre, Gemma Aguirre, Michael Fleming and Jason Fleming (hereinafter the "Aguirre Defendants"); and Defendant Annette Morrison (collectively the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

     1.     The Parties have reached an agreement regarding entitlement to certain funds payable by reason of the death of Robert L. Aguirre, who was a participant in JT3 LLC's Savings Plan (hereinafter "Funds").

2. The Parties stipulate to allow JT3 to deposit the funds of approximately $150,000.00 with the Registry of the Court, minus $7,033,28 for JT3's attorney's fees and $2,535.45 in costs.

3. Upon the deposit of these funds, JT3 will be discharged from any and all liability as to the death benefit that is the subject matter of JT3's Complaint in Interpleader (ECF No. 1.)

4. The Parties further stipulate and jointly move the Court for an Order directing the Clerk to pay the entire balance of the deposited funds to the order of "Hutchison & Steffen, PLLC Trust Account. This check is to be delivered to the offices of Defendant Annette Morrison's counsel of record: Hutchison & Steffen, PLLC, attn.: Todd L. Moody, Esq., 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada, 89145.

5. The disbursement sought herein, once effectuated, will result in the voluntary and joint dismissal of the above-captioned matter, with prejudice.

Dated this 21st day of February, 2018.

JACKSON LEWIS P.C.

/s/ Mahna Poushaban
_____
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
(702) 921-2460
mahna.pourshaban@jacksonlewis.com
*Attorneys for JT3, LLC*

/s/ Annette Aguirre
_____
5 Chadbourne Drive
Danville, CA 94506
(925) 719-1862
anetaguirre@yahoo.com
*Attorney for Defendants (except Annette Morrison*

HUTCHISON & STEFFEN, PLLC

/s/ Todd L. Moody
_____
Todd L. Moody (5430)
10080 W. Alta Drive, Suite 200
Las Vegas, NV  89145
(702) 385-2500
tmoody@hutchlegal.com
*Attorneys for Defendant Annette Morrison*

**ORDER**

GOOD CAUSE APPEARING, AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Plaintiff JT3 LLC shall deposit surplus funds (approximately $150,000.00) minus $7,033,28 for JT3's attorney's fees and $2,535.45 in costs. Once the deposited funds have cleared, the Clerk of Court shall disburse to the entire balance of the deposited funds to the order of "Hutchison & Steffen, PLLC Trust Account. This check is to be delivered to the offices of Defendant Annette Morrison's counsel of record: Hutchison & Steffen, PLLC, attn.: Todd L. Moody, Esq., 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada, 89145.

IT IS SO ORDERED.

Dated: March 15, 2018

By:_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE