# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JT3, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>ANNETTE AGUIRRE, et al.,<br><br>　　　Defendants | Case No.: 2:17-cv-01471-APG-CWH<br><br>**Order for Stipulation of Dismissal or Status Report** |

The parties shall file a stipulation of dismissal or a status report as to settlement on or before July 13, 2018.

DATED this 29th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE