Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

René E. Thorne
Louisiana Bar No.22875
*Admitted Pro Hac Vice*
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759
Email: thorner@jacksonlewis.com

*Attorneys for Plaintiff*
*JT3, L.L.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JT3, L.L.C., as Plan Administrator and on Behalf of the JT3 LLC SAVINGS PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNETTE AGUIRRE, PATRICIA J. AGUIRRE, ALEXANDER JAMES AGUIRRE, MARY K. VOLIO, ELIZABETH BROSKOFF, CHRISTINA GARCIA, RACHEL AGUIRRE, MATTHEW AGUIRRE, JESSICA AGUIRRE, GEMMA AGUIRRE, MICHAEL FLEMING, JASON FLEMING and ANNETTE MORRISON,<br><br>Defendants. | Case No. 2:17-cv-01471-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to the Court's Order dated June 29, 2018 (ECF No. 74), the undersigned parties submit this Stipulation to Dismiss With Prejudice.

On May 10, 2018, Plaintiff deposited with the Clerk of the Court the interpleader funds in the amount of $141,761.42. (ECF No. 72). On May 25, 2018, the interplead funds were disbursed in this case pursuant to the Court's Order to Deposit and Disburse Funds, dated March 15, 2018

(ECF No. 65).

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 10th day of July, 2018.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd L. Moody*
Todd L. Moody
Hutchison & Steffen, PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Defendant Annette Morrison*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #6596
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

René E. Thorne
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff
JT3, L.L.C.*

*/s/ Annette Aguirre*
Annette Aguirre, Esq.
5 Chadbourne Drive
Danville, CA 94506

*Attorney for Annette Aguirre, Patricia J. Aguirre, Alexander James Aguirre, Mary K. Volio, Elizabeth Broskoff, Christine Garcia, Rachel Aguirre, Matthew Aguirre, Jessica Aguirre, Gemma Aguirre, and Michael Fleming*

**IT IS SO ORDERED.**

Dated: July 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

4849-2829-6556, v. 2